UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA I. LEE | CIVIL ACTION |
| VERSUS | NO. 19-12280 |
| DARREL VANNOY, WARDEN | SECTION M(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge (R. Doc. 14), and the failure of any party to file an objection to the Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion in this matter.   Therefore,

IT IS ORDERED that Joshua I. Lee's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be DENIED and DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 26th day of June, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE